# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-20495

AUBREE FELDMANN,

        Plaintiff - Appellee

v.

ATLAS COMMODITIES, L.L.C.,

        Defendant - Appellant

United States Courts
Southern District of Texas
FILED
OCT 04 2013
David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5ᵀᴴ CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

*LYLE W. CAYCE*

LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

Case 4:13-cv-01127   Document 31   Filed in TXSD on 10/04/13   Page 2 of 3

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 26, 2013

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 13-20495,     Aubree Feldmann v. Atlas Commodities, L.L.C.
                  USDC No. 4:13-CV-1127

Enclosed is a copy of the order issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By:_____
                         James deMontluzin, Deputy Clerk
                         504-310-7679

cc w/encl:
     Mr. David H. Ammons
     Mr. Geoffrey Alan Berg
     Mr. Robert Randolph Debes Jr.
     Mr. Martin A. Shellist