**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **AUBREE FELDMANN,** | § | |
| | § | **CIVIL ACTION NO. 4:13-cv-1127** |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **ATLAS COMMODITIES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this Joint Stipulation of Dismissal With Prejudice and as grounds therefore state that all matters in controversy between them have been fully and finally resolved.

WHEREFORE, Plaintiff and Defendant request that the claims in this matter be dismissed with prejudice to refiling same with costs taxed against the party incurring same.

Respectfully submitted,

By:   /s/Robert R. Debes, Jr.
Robert R. Debes, Jr.
State Bar No. 05626150
Martin A. Shellist
State Bar No. 00786487

**ATTORNEYS FOR PLAINTIFF**

OF COUNSEL:
SHELLIST | LAZARZ|SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Respectfully submitted,

By: ___/s/Geoffrey Berg___
Geoffrey Berg
State Bar No. 00793330
Berg Feldman Johnson Bell, LLP
4203 Montrose Boulevard, Suite 150
Houston, Texas 77006
713-526-0200 (tele)
832-615-2665 (fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via Electronic Court Filing ("ECF") on the 29th day of May 2014.

/s/Robert R. Debes, Jr.
**Robert R. Debes, Jr.**