UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUBREE FELDMANN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1127 |
| | § § | |
| ATLAS COMMODITIES, LLC, | § § § | |
| Defendant. | § | |

## ORDER

This matter has been settled and the parties have moved to dismiss. The above referenced cause is therefore dismissed with prejudice. Each party shall bear her/its own fees and costs.

This is a Final, Appealable Judgment.

SIGNED on this 3rd day of June, 2014.

_____
Kenneth M. Hoyt
United States District Judge